IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| DUGGINS CARPET CARE, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| PROGRESSIVE BUSINESS FUNDING, INC. and 11TH HOUR INVESTMENTS, INC., | ) CASE NO. 3:17-cv-00713-MCR-GRJ |
| Defendants. | ) |

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action -- including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

- Progressive Business Funding, Inc., Defendant
- 11th Hour Investments, Inc., Defendant
- R. Frank Springfield, attorney for Progressive Business Funding, Inc. and 11th Hour Investments, Inc.
- Jacqueline A. Simms-Petredis, attorney for Progressive Business Funding, Inc. and 11th Hour Investments, Inc.
- Burr & Forman LLP, law firm for Progressive Business Funding, Inc. and 11th Hour Investments, Inc.
- Duggins Carpet Care, Inc., Plaintiff
- Keith W. Weidner, attorney for Plaintiff
- Taylor, Warren & Weidner, P.A., law firm for Plaintiff

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

- None other than those listed above.

31279478 v1

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

- Not applicable

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

- Not applicable

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

>  */s/Jacqueline A. Simms-Petredis*
> Jacqueline A. Simms-Petredis
> FL Bar # 0906751
> BURR & FORMAN LLP
> 201 N. Franklin Street, Suite 3200
> Tampa, FL 33602
> Telephone: (813) 367-5751
> Facsimile: (813) 221-7335
> Email: jsimms-petredis@burr.com
>
> *Counsel for Progressive*

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document has been served on the following persons through the Court's electronic filing system or, if they do not participate in electronic filing, by U.S. First Class Mail, hand delivery, fax or email on this 12th day of March 2018:

Keith W. Weidner
J. Phillip Warren
Taylor, Warren & Weidner, P.A.
1823 N. 9th Avenue
Pensacola, FL 32503-5270
kweidner@twwlawfirm.com
pwarren@twwlawfirm.com

Oscar M. Price, IV
Nicholas W. Armstrong
Price Armstrong, LLC
2421 2nd Avenue North, Suite 1
Birmingham, AL 35203
nick@pricearmstrong.com
oscar@pricearmstrong.com

                                              */s/ Jacqueline Simms-Petredis*
                                              Jacqueline Simms-Petredis